OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0002003152 APR 16 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

PITNEY BOWES

4/14/2015

Johnson, Jonathan Glen    Tr. Ct. No. 1377007

COA Case No. 14-14-00210-CR

PD-0397-15

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to June 8, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

JONATHAN GLEN JOHNSON
DC# 01943739